RECEIVED IN CLERKS OFFICE
U.S.D.C. - Atlanta
OCT - 9 2013
JAMES N. HATTEN, Clerk
By: Deputy Clerk

To: office of the clerk 10-06-13

1:13-CV-3378

Hello, my name is James Randall Rogers And I'm on Georgia's Death Row. And I'm writing Praying for this court's Help. I Don't Have Any thing Filed in your court At this Time, But I Am From the northern District (Rome - county of Floyd) my Problem is medical = Dental, And I would Request A court order And that it Be For Taking me too A Dentist For Having my Problem Fixed. this is the Back Ground on it. may 14, of this year I Had A tooth Extracted the Dentist Bent the tooth Back And For About 5 or 6 time's And A Bone Broke off in my Jaw And I complained About it And wanted to see the other Dentist Because I Felt the First one went to Next. that Dentist said there maybe A Bone Fragment in it But saw no need to cut it out. He said it might come out in 6-month to A year And when it Does let Him Know. my EAR Has Been swollen since the tooth Extraction I've Had two ANTIBIOTIC'S For it And it swollen From the tooth socket in to the Ear. the Doctor's will not Admit the Bone Fragment is the Problem Nor will the Dentist. I've Had my Attorney's make complaint's But nothing, And Just the 15th of last month I wrote

the Judge who is over the Hearing's in Butts County But As of this writing I Haven't Heard From Him. He may not want to Get involved. I Really Don't Know. I Do Feel the Dentist that caused this Problem Did it on Purpose, He's old And Ready to Retire so He wanted to Hurt someone, I Don't Know the Reason for His Vandetta, But Sepsis can Form From this or some other life threatening Problem I Really Don't See Any option's But this So would you Please take this Befor A Judge in your court And See if He will Grant A court order to Take me to A Free world Dentist? I'd Greatly Appreciate your Help on this. I'll include the letter my Attorney sent these People At this Prison And you'll see. I've Been trying For A while to Get the Proper medical treatment. well thank you For your Time

Respectfully
JAMES RANDALL ROGERS
G-2-Id-1000 81
P.O. Box 3877
Jackson, Georgia 30233

P.S. For the Record my Jaw is still infected And Swollen And my Ear is Also Swollen From where the Bone come's From the Jaw up to the Ear. Ask your own Dentist, if the socket throb's off And on A lot something's in it, so that's were




Terrica Redfield Ganzy
Tganzy@schr.org

83 Poplar Street, NW
Atlanta, GA 30303
P. (404)688-1202
F. (404)688-9440
www.schr.org

Charles J. Ogletree
*Harvard Law School*
*Chair Emeritus*

Maureen F. Del Duca
*Chair, Board of Directors*

Stephen B. Bright
*President and Senior Counsel*

Sara J. Totonchi
*Executive Director*

July 29, 2013

Mr. Butts
Medical Administrator
Georgia Diagnostic and Classification Prison
Post Office Box 3877
Jackson, Georgia 30233

Dear Mr. Butts,

I represent James Randall Rogers (AIS Number 100081) in pending legal proceedings. I am writing because I am concerned that Mr. Rogers is not receiving proper medical treatment for complications that have resulted from his May 14, 2013 dental surgery.

On May 14, 2013, Mr. Rogers had a tooth extracted. Following that surgery, he has experienced a number of complications. I visited him two weeks ago, and I noticed that his jaw was still swollen even two months after the surgery. My client's swollen jaw concerns me a great deal, because his mouth does not appear to be healing properly and he complains of pain associated with the swelling. In response to his complaints, Mr. Roger's mouth was x-rayed on July 23, 2013, and although the examiner indicated that there could be a bone fragment left near the site of the extraction, no action was taken.

It cannot be normal to have swelling two months after what should have been a routine tooth extraction. Please instruct a medical professional to examine James Rogers and provide services that will render relief and healing to him.

I can be reached at the address listed in the header of this letter if you have questions. Thank you in advance for your assistance.

Respectfully,

Terrica Redfield Ganzy
Staff Attorney

Cc : James Randall Rogers