IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES RANDALL ROGERS, : | |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | |
| : | CIVIL No. 5:13-CV-400-MTT |
| JOHN DOE, : | |
| : | PROCEEDINGS UNDER 42 U.S.C. § 1983 |
| Defendant. : | |

## O R D E R

Plaintiff James Rogers filed a complaint pursuant to 42 U.S.C. § 1983. (Doc. 1.) On March 7, 2014, Plaintiff was **ORDERED** to show cause why his complaint should not be dismissed for his failure to comply with the Court's October 21, 2013, Order to file a proper motion to proceed *in forma pauperis* and to re-file his complaint. (Docs. 7, 8). Plaintiff was notified that failure to comply with the Court's order would result in an immediate dismissal of his Complaint. To date, no response has been filed by Plaintiff, and the time for filing said response has ended.

WHEREFORE, Plaintiff's case is hereby **DISMISSED** without prejudice for his failure to comply with the Court's Order.

SO ORDERED, this 30th day of April, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lws